HUBBARD v. RAILROAD. From Guilford. *R. C. Strudwick* and *W. P. Bynum, Jr.,* for plaintiff, appellant. *King & Kimball* for defendant. Affirmed.

PERRIN v. BOARD OF PROVINCIAL ELDERS. From Forsyth. *L. M. Swink* for plaintiff, appellant; *Watson, Buxton & Watson* for defendant, appellee. Affirmed.

STERNBERGER v. JACOBS. From Forsyth. *L. M. Swink* for plaintiff, appellee; *Lindsay Patterson* for defendant, appellant. Affirmed.

RADFORD v. TELEGRAPH Co. From McDowell. Dismissed May 8, by consent of appellant, defendant.

DAVIDSON, appellant, v. NANTAHALA Co. From Macon. *Horn & Mann* and *S. L. Kelly* for plaintiff; *Shepherd & Shepherd* for defendant. Affirmed.

WALES v. KAOLIN Co., appellant. From Swain. *Bryson & Black* for plaintiff; *W. T. Crawford* and *R. L. Leatherwood* for defendant. Affirmed.

GRIFFIN v. RAILROAD Co. From Halifax. *Claude Kitchin, W. E. Daniel* and *E. L. Travis* for plaintiff, appellee; *Day & Bell* and *Murray Allen* for defendant, appellant. *Per Curiam:* The court has carefully examined the record in this case and the exceptions noted thereon, and is of opinion that no reversible error is presented. Judgment affirmed.

GUYTON v. TELEGRAPH Co. From Gaston. *A. G. Mangum* for plaintiff, appellant; *Tillett & Guthrie* for defendant, appellee. *Per Curiam:* In this case and under a charge free from error, the jury have determined that the defendant never entered into any contract with the plaintiff, or anyone for him, to transmit the message. No error.